UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NATHANIEL R. BRAZILL,**

   **Plaintiff,**

v.                                                          Case No.  5:21-cv-99-TKW-MJF

**JONATHAN ALLAN JONES, et al.,**

   **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 113).  Defendants did not object to the R&R, but Plaintiff did.  *See* Doc. 114.  No response to Plaintiff's objection is needed.

The Court reviewed the issues raised in Plaintiff's objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the analysis in the R&R and the magistrate judge's ultimate determination that Defendants' motion for summary judgment should be granted as to all defendants except Jonathan Jones.  Accordingly, it is **ORDERED** that:

   1.   The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (Doc. 104) is:

    a. **GRANTED** with respect to Plaintiff's claims against Defendants Hancock, Pittman, Bush, Bowen, Brannon, and Gordon;

    b. **DENIED** with respect to Plaintiff's claim against Defendant Jones; and

    c. **DENIED without prejudice** to the extent that Defendant Jones seeks to limit Plaintiff's possible recovery to $1.00 in nominal damages.

3. This case is returned to the magistrate judge for further pre-trial proceedings.

**DONE and ORDERED** this 22nd day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**