UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATHANIEL R. BRAZILL,

    Plaintiff,

v.                                            Case No. 5:21cv99-TKW-MJF

JONATHAN C. JONES,

    Defendant.
_____/

## VERDICT

We, the Jury, unanimously find by the preponderance of the evidence:

**Count I: Transfer from Graceville Work Camp**

1. Did Mr. Brazill exercise a form of protected free speech under the First Amendment?

    __X__ YES                           ____ NO

*If your answer is "NO," this ends your deliberations on Count I, your verdict is for Defendant on that claim, and you should move on to Count II. If your answer is "YES," go to the next question.*

2. Did Mr. Jones subject Mr. Brazill to adverse action?

    __X__ YES                           ____ NO

*If your answer is "NO," this ends your deliberations on Count I, your verdict is for Defendant on that claim, and you should move on to Count II. If your answer is "YES," go to the next question.*

FILED IN OPEN COURT
9/11/24 /s/
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

3. Was there a causal connection between Mr. Brazill's protected free speech and Mr. Jones' adverse action?

   __X__ YES                      ____ NO

*If your answer is "NO," this ends your deliberations on Count I, your verdict is for Defendant on that claim, and you should move on to Count II. If your answer is "YES," go to the next question.*

4. Would Mr. Jones have taken the same action even in the absence of Mr. Brazill's protected free speech?

   ~~____~~ YES                     __X__ NO

*If your answer is "NO," your verdict on Count I is for Plaintiff, and you will need to answer Questions 13 and 14 regarding Damages. If your answer is "YES," your verdict is for Defendant on that claim.*

*Proceed to Count II.*

### Count II: Red Flag Ban from Graceville Work Camp

5. Did Mr. Brazill exercise a form of protected free speech under the First Amendment?

   __X__ YES                      ____ NO

*If your answer is "NO," this ends your deliberations on Count II, your verdict is for Defendant on that claim, and you should move on to Count III. If your answer is "YES," go to the next question.*

6. Did Mr. Jones subject Mr. Brazill to adverse action?

   __X__ YES                      ____ NO

*If your answer is "NO," this ends your deliberations on Count II, your verdict is for Defendant on that claim, and you should move on to Count III. If your answer is "YES," go to the next question.*

7. Was there a causal connection between Mr. Brazill's protected free speech and Mr. Jones' adverse action?

    __X__ YES             _____ NO

*If your answer is "NO," this ends your deliberations on Count II, your verdict is for Defendant on that claim, and you should move on to Count III. If your answer is "YES," go to the next question.*

8. Would Mr. Jones have taken the same action even in the absence of Mr. Brazill's protected free speech?

    ~~___~~ YES             __X__ NO

*If your answer is "NO," your verdict on Count II is for Plaintiff and you will need to answer Questions 13 and 14 regarding Damages. If your answer is "YES," your verdict is for Defendant on that claim.*

*Proceed to Count III.*

### Count III: Cause the Denial of Graceville Work Camp Transfer Request

9. Did Mr. Brazill exercise a form of protected free speech under the First Amendment?

    __X__ YES             _____ NO

3

*If your answer is "NO," this ends your deliberations for Count III, your verdict is for Defendant, and you should move on to Damages. If your answer is "YES," go to the next question.*

10. Did Mr. Jones subject Mr. Brazill to adverse action?

   __X__ YES            _____ NO

*If your answer is "NO," this ends your deliberations for Count III, your verdict is for Defendant, and you should move on to Damages. If your answer is "YES," go to the next question.*

11. Was there a causal connection between Mr. Brazill's protected free speech and Mr. Jones' adverse action?

   __X__ YES            _____ NO

*If your answer is "NO," this ends your deliberations for Count III, your verdict is for Defendant, and you should move on to Damages. If your answer is "YES," go to the next question.*

12. Would Mr. Jones have taken the same action even in the absence of Mr. Brazill's protected free speech?

   _____ YES            __X__ NO

*If your answer is "NO," your verdict on Count III is for Plaintiff and you will need to answer Questions 13 and 14 regarding Damages. If your answer is "YES," your verdict is for Defendant on that claim.*

### Damages

*If your verdict was for Plaintiff on <u>any</u> of the above claims, answer the next two Questions regarding Damages. If your verdict was for Defendant on <u>all</u>*

4

*of the above claims, your deliberations are complete, and your foreperson should sign and date the last page of this Verdict form.*

13. Should Mr. Brazill be awarded nominal damages of $1.00 for the violation of his First Amendment rights

    On Count I?     _X_ YES     ____ NO

    On Count II?     _X_ YES     ____ NO

    On Count III?     _X_ YES     ____ NO

14. Did Mr. Jones act with malice or reckless disregard for Mr. Brazill's First Amendment rights such that punitive damages be awarded against Mr. Jones for violating Mr. Brazill's First Amendment rights?

    ____ YES        _X_ NO

If your answer is "Yes," in what amount? $_____

**SO SAY WE ALL**, this __11__ day of September, 2024.

_____
FOREPERSON

5