IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATHANIEL R. BRAZILL,
    Plaintiff/Appellant,

v.           Case No. 5:21-cv-99-TKW-MJF

JONATHAN C. JONES,
    Defendant/Appellee.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS GIVEN that the Plaintiff/Appellant, Nathaniel R. Brazill, *in propria persona*, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the order of this court rendered on 09/11/2024. The nature of the order is a final judgment granting summary judgment to Christopher R. Brannon and dismissing official and individual capacity claims against Ricky D. Dixon.

Submitted this 4th day of October, 2024.

Respectfully,
*Nathaniel R. Brazill*
Nathaniel R. Brazill
Plaintiff/Appellant, Pro Se.

FILED USDC FLND PN
OCT 15 '24 AM10:22

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Notice of Appeal has been sent to Senior Assistant Attorney General Erik D. Kverne at the Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050, via postage prepaid First Class U.S. Mail on this 4th day of October, 2024.

Respectfully,

Nathaniel R. Brazill
Nathaniel R. Brazill
DC# W16443
Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, FL 32327-4963
Plaintiff/Appellant, Pro Se

