# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**NATHANIEL R. BRAZILL**
**DOC # W16443**,

      Plaintiff,

v.                                                                                     Case No. 5:21-cv-99-TKW/MJF

**JONATHAN JONES, ET AL.**,

      Defendants.

_____/

## NOTICE OF CROSS-APPEAL BY DEFENDANTS

Notice is hereby given that Defendants, **Jonathan Jones**, **Ricky Dixon, Secretary of the Florida Department of Corrections**, and **Christopher R. Brannon** ("Defendants"), hereby cross-appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Judgment entered on September 12, 2024, and the Orders entered on February 3, 2023, April 10, 2023, April 1, 2024, April 22, 2024, and August 9, 2024. (Docs. 78, 83, 113, 115, 153, 167). Plaintiff's open appeal is docketed in the 11th Circuit as *Brazill v. Jonathan Jones, et al.*, 24-13359. Additionally, copies of the respective documents are attached.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300 | Fax: (850) 488-4872

/s/Erik Kverne
Erik Kverne
Senior Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Cross-Appeal by Defendants* was e-filed electronically through CM/ECF on November 4, 2024, and furnished by U.S. Mail to: Nathaniel R. Brazill, DOC# W16443, Wakulla Correctional Institution, Annex, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963, on November 4, 2024.

/s/Erik Kverne
Erik Kverne
Senior Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com